**FILED**

MAR 06 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA CURTIS COKER,<br><br>Defendant. | )    I N D I C T M E N T<br>)    **3:24 CR 80**<br>)    **JUDGE CARR**<br>)    CASE NO.   MAG. JUDGE CLAY<br>)    Title 18, United States Code,<br>)    Sections 922(g)(1) and 924(a)(8)<br>)<br>)<br>)<br>) |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 18, 2023, in the Northern District of Ohio, Western Division, Defendant JOSHUA CURTIS COKER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Possession of a Firearm by a Felon, on or about November 16, 2009, in Case Number 09CR058119, North Carolina District Court, knowingly possessed in and affecting interstate commerce firearms, to wit: SCCY, 9mm pistol, bearing serial number C037658, Taurus, 9mm pistol, bearing serial number ABL113626, Ruger, 9mm pistol, bearing serial number 46284885, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

<u>FORFEITURE</u>

The Grand Jury further charges:

2.      The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offense, Defendant JOSHUA CURTIS COKER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.


                          A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.